IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN D. WILSON,** | : | Civil No. 1:17-cv-1139 |
| **Plaintiff,** | : | |
| v. | : | |
| **KATE RAMOS, JARED SECHRIST,** and **YORK COUNTY ADULT PROBATION,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

Before the court is a Report and Recommendation of the magistrate judge (Doc. 8) in which she recommends that the court dismiss this case for failure to state a claim and for failure to file an amended complaint. No objections have been filed. Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error. Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The report and recommendation is **ADOPTED**.
2. The case is **DISMISSED** for failure to state a claim upon which relief can be granted.
3. The Clerk of Court shall close this file.
4. Any appeal taken from this order is deemed frivolous and not in good faith.

> s/Sylvia H. Rambo
> SYLVIA H. RAMBO
> United States District Judge

Dated: June 6, 2019